OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS    FILE COPY
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

PD-1354-14

5/20/2015
**STAPLES, CHESTER ALAN**  **Tr. Ct. No. 30979**
On this day, the Appellant's motion for rehearing has been denied.
PRESIDING JUDGE KELLER WOULD GRANT

Abel Acosta, Clerk

12TH COURT OF APPEALS CLERK
CATHY LUSK
1517 W. FRONT, ROOM 354
TYLER, TX 75701
* DELIVERED VIA E-MAIL *



FILED IN COURT OF APPEALS
12th Court of Appeals District

MAY 2 0 2015

TYLER, TEXAS
CATHY S. LUSK, CLERK